UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                        PLAINTIFF

V.                                    NO. 4:08CR00404-BD

DAVID A. CROMER                                                                 DEFENDANT

ORDER

Pending is the Government's Motion to Dismiss (docket entry #15) stating that dismissal of the citation is appropriate. For good cause shown, the motion is GRANTED. Accordingly, this case is dismissed.

IT IS SO ORDERED this 15th day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE